IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| BARRY SEARCY, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. CV-06-110-S-BLW |
| | ) | |
| vs. | ) | **JUDGMENT** |
| | ) | |
| DARLA S. WILLIAMSON, KEVIN SWAIN, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

On May 28, 2006, the Court entered an Order dismissing this action. Based upon that

Order, and the Court being fully advised in the premises, IT IS HEREBY ORDERED AND

ADJUDGED that Plaintiff's cause of action is DISMISSED in its entirety.

DATED:  **May 30, 2006**

B. LYNN WINMILL
Chief Judge
United States District Court

**JUDGMENT -1**